

# NUMBER 13-22-00369-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**EDDIE LARUE BATTIES JR.,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

## On appeal from the 23rd District Court
## of Matagorda County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Memorandum Opinion by Justice Longoria**

This cause is before the Court on appellant's motion to dismiss this appeal. Appellant agrees with the motion to dismiss and signed an attached "Verification." We find the motion along with the signed, sworn verification together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits

of the case, the motion to dismiss is granted.

Accordingly, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
15th day of December, 2022.